IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: IRA LEVY )<br>)<br>)<br>)<br>)<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>_____ ) | Misc. No.<br>(Related Case No. 07-041 (RJL)) |

### THIRD PARTY IRA LEVY'S MOTION TO QUASH OR
### MODIFY TRIAL SUBPOENA

Ira Levy, through his undersigned counsel, respectfully requests that this Court quash or modify the subpoena from the Government seeking Levy's testimony at the trial of Kenneth Keitt (Case No. 07-041 (RJL)) because Mr. Levy is scheduled to be out of the country on long planned travel during the presentation of the Government's case.

### PROCEDURAL HISTORY

The Government subpoenaed Mr. Levy to testify in the grand jury related to this matter in October of 2006. Mr. Levy testified on October 27, 2006. Then, in November of 2007, the Government contacted counsel for Mr. Levy, Sarah Kleven, to inform her that the trial of Kenneth Keitt was set to begin in February of 2008. Ms. Kleven agreed to accept service of the trial subpoena and informed Mr. Levy of the trial date. Mr. Levy made arrangements to appear at the February 2008 trial and scheduled his out of country travel to take place several months after the February trial.

Then, on January 11, 2008, the Government contacted Ms. Kleven to inform her that the trial of Kenneth Keitt had been reset, with a start date of May 15, 2008, and informing her that

another subpoena would be issued for her client. (Attached hereto as Exhibit A). Later that day, Ms. Kleven contacted the Government to inform it that Mr. Levy will be out of the country, traveling in China with his family, from May 8 until May 25. The Government requested that Mr. Levy submit a letter describing the conflict and informed Ms. Kleven that the Government was not sure that it would even need to call Mr. Levy at trial. Mr. Levy, through counsel, submitted the requested letter on or about January 14, 2008, asking that the Government inform Mr. Levy if any further action was necessary. (Attached hereto as Exhibit B). More than two months passed where the Government did not contact Mr. Levy about this matter. Accordingly, Mr. Levy took no action.

Then, on or about March 18, 2008, just a month and a half before Mr. Levy is scheduled to leave for his international travel, the Government contacted Ms. Kleven informing her that the trial date appeared firm and that the Government expected Mr. Levy to appear during the trial. Ms. Kleven again confirmed that Mr. Levy's out of country travel made such an appearance impossible and informed the Government that Mr. Levy would be filing the present motion to quash or modify the subpoena. On or about March 19, 2008, the Government sent a letter confirming that they expect Mr. Levy to appear at trial pursuant to the subpoena. (Attached hereto as Exhibit C).

**ARGUMENT**

Mr. Levy began making plans to travel with his wife, daughter, and future son-in-law to remote areas of China in the Fall of 2007. (Declaration of Ira Levy In Support of Motion To Quash or Modify Trial Subpoena (Levy Decl.) at ¶ 4; attached hereto as Exhibit D). This trip is a wedding present from Mr. Levy and his wife for his daughter and future son-in-law. Id. at ¶ 3.

After learning of the February 2008 trial date from the Government, on November 29, 2007, Mr. Levy purchased airline tickets and made travel and accommodation arrangements. Id. at ¶ 5. Mr. Levy intentionally waited to book his travel until after the trial date was set in order to be sure that he would be available to testify at the Kenneth Keitt trial if called. Id.

Due to the rather remote locations to which Mr. Levy will be travelling, it will be difficult for him to return to the United States at any point during his trip to testify at the behest of the Government at the trial of Kenneth Keitt. Id. at ¶ 6.

Mr. Levy has been exceedingly cooperative with the Government's scheduling of the grand jury testimony and with the previous trial date, even deliberately waiting to make his out of country travel arrangements until the Keitt trial was set for February of 2008. However, it is simply too difficult for Mr. Levy to appear to testify at trial during the timeframe sought by the Government. Mr. Levy is willing to travel directly to Washington D.C. to testify upon his return from China, which permits him to testify as early as May 26. Id. at 8. He is also willing to make himself available for a deposition prior to his travel. Id.

To require Mr. Levy to testify during the May 15 trial would result in excessive financial and personal burden to Mr. Levy.[1] Id. at 7. Accordingly, he respectfully requests that the subpoena to testify at Kenneth Keitt's May 15 trial be quashed or modified.

Dated: March 27, 2008               Respectfully submitted,

                                                    _____
                                                    Sarah E. Kleven (DC # 493443)
                                                    SUTHERLAND ASBILL & BRENNAN LLP
                                                    1275 Pennsylvania Avenue, N.W.
                                                    Washington, D.C. 20004
                                                    (202) 383-0361

---

[1] Should the Court deny Mr. Levy's motion, Mr. Levy requests that the Government bear the cost of Mr. Levy's travel to and from Washington D.C. during his trip to alleviate at least the financial costs associated with the Government's subpoena.

*Counsel for Third Party Ira Levy*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KENNETH KEITT** | )<br>)<br>)   Misc. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **PROPOSED ORDER**

For good cause shown, Levy's Motion To Quash Or Modify Trial Subpoena is GRANTED.

_____     _____
Dated                                        Judge Leon

**CERTIFICATE OF SERVICE**

    I declare that on March 27, 2008 a copy of Third Party Ira Levy's Motion To Quash Or Modify Trial Subpoena was sent by first class mail postage prepaid to the following individuals:

John Terzaken
City Center Building
1401 H Street, NW
Washington, DC  20530
*Counsel for the Government*

Steven McCool
1776 K Street, NW
Suite 200
Washington, DC  20006
*Counsel for Defendant*

                                                                         _____
                                                                         Sarah E. Kleven