## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE IRA LEVY ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Misc. No. 08-173 (RJL) |
| ) | |
| UNITED STATES ) | |
| ) | |

## ENTRY OF APPEARANCE

Defendant Kenneth Keitt, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool, Daniel T. McNamara, and Mallon and McCool, LLC to represent him in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
DANIEL T. McNAMARA
D.C. Bar No. 494834
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2008, the foregoing Entry of Appearance was served upon all parties through the Court's electronic filing system.

_____/s/_____
STEVEN J. McCOOL