## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: IRA LEVY | ) ) ) ) ) ) ) ) ) ) ) ) ) | APPEARANCE<br><br>Misc. No. 08-173 (RJL) |
| v. | | |
| UNITED STATES OF AMERICA | | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of William R. Martin as counsel in this case for Third Party Ira Levy.

Dated: April 14, 2008               Respectfully submitted,

_____/s/_____
William R. Martin (DC # 465531)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 383-0800
*Counsel for Third Party Ira Levy*

SUTHERLAND 7874492.1

## CERTIFICATE OF SERVICE

I declare that on April 11, 2008 a copy of Third Party Ira Levy's Motion To Quash Or Modify Trial Subpoena was sent by first class mail postage prepaid to the following individuals:

John Terzaken
City Center Building
1401 H Street, NW
Washington, DC  20530
*Counsel for the Government*

Steven McCool
1776 K Street, NW
Suite 200
Washington, DC  20006
*Counsel for Defendant*

_____/s/_____
Sarah E. Kleven
