**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: IRA LEVY ) ) ) ) ) v. ) ) UNITED STATES OF AMERICA ) ) ) ) | **Misc. No. 08-173 (RJL)** |

## THIRD PARTY IRA LEVY'S REPLY IN SUPPORT OF MOTION TO QUASH OR MODIFY TRIAL SUBPOENA

Mr. Levy respectfully submits this reply in support of his Motion To Quash Or Modify Trial Subpoena. As Mr. Levy explained in his motion and further describes below, to require him to testify during the May 15 trial of Mr. Keitt would result in excessive financial and personal burdens to Mr. Levy. (Levy Declaration, Exhibit D to Motion, ¶ 7). Mr. Levy can make himself available at any other time directed by this Court, whether it be for a deposition or trial testimony. Id. at ¶8. Accordingly, Mr. Levy has no objection to the Government's aleternative request for a deposition.

In its response to Mr. Levy's motion, the Government overlooks the true nature of Mr. Levy's conflict and the Government's own two month period of silence in response to the letter counsel for Mr. Levy provided to the Government at the Government's request. Mr. Levy's conflict does not arise from a casual beach vacation in the United States. Mr. Levy is traveling to various parts of China on a long planned trip that is a wedding gift for his daughter and future

son in law.  Id. at 2, 3.  He has purchased international airfare and made his accommodation arrangements.[1]  Id. at 5.

As soon as Mr. Levy learned of the new trial date, counsel for Mr. Levy submitted a letter to the Government on January 14, at the Government's request, explaining that "it will be impossible for [Mr. Levy] to appear at the trial before May 26." (January 14, 2008 Letter, Exhibit B to Motion).  The letter concluded by asking the Government to inform counsel whether Mr. Levy needed "to take any action." Id.  Contrary to the Government's suggestion that Mr. Levy should have rescheduled his travel once he learned of the new trial date, the Government never said that would be necessary.  In fact, the Government never responded to the January 14 letter nor did it ever ask that Mr. Levy make any changes to his travel plans.  Moreover, in the Government's January conversation with counsel for Mr. Levy, the Government stated that it had not yet determined whether it would even call Mr. Levy to testify at the Keitt trial.  Accordingly, Mr. Levy made no changes to his internaitonal travel plans.

It cannot be said that Mr. Levy is attempting to shirk his obligation to the courts or the criminal justice system.  Mr. Levy has already traveled from his home in Boston to testify at the grand jury in this matter.  He also made arrangements to be present at the previously set February trial of Mr. Keitt.  (Levy Decl., Exh. D to Motion, ¶5).  It is only now, after Mr. Levy made his out of country plans specifically so that he would be available for the February trial, that Mr. Levy seeks relief from the present subpoena.  Of course, Mr. Levy will make himself available for any date outside of May 8-25.

---

[1] As noted in Levy's opening motion, should this Court deny Mr. Levy's motion, Mr. Levy seeks to have the Government pay for his travel to and from China to appear at trial.

Under these circumstances, Mr. Levy would be subject to excessive financial and personal burdens to appear at the May 15 trial of Mr. Keitt. Accordingly, Mr. Levy respectfully requests that this Court quash or modify the trial subpoena to Mr. Levy.

Dated: April 14, 2008                              Respectfully submitted,

                                                   _____/s/_____
                                                   William R. Martin (DC # 465531)
                                                   Sarah E. Kleven (DC # 493443)
                                                   SUTHERLAND ASBILL & BRENNAN LLP
                                                   1275 Pennsylvania Avenue, N.W.
                                                   Washington, D.C.  20004
                                                   (202) 383-0361
                                                   *Counsel for Third Party Ira Levy*

## CERTIFICATE OF SERVICE

I declare that on April 11, 2008 a copy of Third Party Ira Levy's Motion To Quash Or Modify Trial Subpoena was sent by first class mail postage prepaid to the following individuals:

John Terzaken
City Center Building
1401 H Street, NW
Washington, DC  20530
*Counsel for the Government*

Steven McCool
1776 K Street, NW
Suite 200
Washington, DC  20006
*Counsel for Defendant*

```
                    _____/s/_____
                       Sarah E. Kleven
```