IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRA LEVY ) ) ) ) ) v. ) ) UNITED STATES OF AMERICA ) ) ) ) | Misc. No. 08-173 (RJL) |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

Third party Ira Levy hereby serves notice that the attached Amended Certificate of Service corresponds to the Notice of Appearance of William R. Martin as counsel and replaces the Certificate of Service as originally filed.

Dated: April 15, 2008

Respectfully submitted,

/s/
_____
William R. Martin (DC # 465531)
Sarah E. Kleven (DC # 493443)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 383-0361
*Counsel for Third Party Ira Levy*

SUTHERLAND 7874492.1

**AMENDED CERTIFICATE OF SERVICE**

      I declare that on April 15, 2008 a copy of the Notice of Appearance of William R. Martin as counsel in this case for Third Party Ira Levy was sent by first class mail postage prepaid to the following individuals:

John Terzaken
City Center Building
1401 H Street, NW
Washington, DC  20530
*Counsel for the Government*

Steven McCool
1776 K Street, NW
Suite 200
Washington, DC  20006
*Counsel for Defendant*

                                                    /s/
                                          Sarah E. Kleven

7876772.1