IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRA LEVY | ) <br> ) <br> ) Misc. No. 08-173 (RJL) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> ) |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

Third party Ira Levy hereby serves notice that the attached Amended Certificate of Service corresponds to his reply in support of his Motion to Quash or Modify Trial Subpoena, and replaces the Certificate of Service as originally filed.

Dated: April 15, 2008           Respectfully submitted,

/s/
_____
William R. Martin (DC # 465531)
Sarah E. Kleven (DC # 493443)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 383-0361
*Counsel for Third Party Ira Levy*

**AMENDED CERTIFICATE OF SERVICE**

      I declare that on April 15, 2008 a copy of Third Party Ira Levy's Reply in Support of Motion to Quash or Modify Trial Subpoena was sent by first class mail postage prepaid to the following individuals:

John Terzaken
City Center Building
1401 H Street, NW
Washington, DC  20530
*Counsel for the Government*

Steven McCool
1776 K Street, NW
Suite 200
Washington, DC  20006
*Counsel for Defendant*

                                                /s/
                                       Sarah E. Kleven